# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

BILLY MACK NICHOLS, JR.                                         PLAINTIFF
ADC #92713

V.                       No. 2:19CV00149-JM-JTR

GARY R. KERSTEIN, Doctor, *et al.*                          DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Billy Mack Nichols, Jr. may PROCEED with his inadequate medical care claims against defendants Dr. Gary R. Kerstein and Nurse Childress.

2. The Arkansas Department of Correction Medical Division is DISMISSED, WITH PREJUDICE, as a defendant in this action.

3. Nichols's request for an *ex parte* temporary restraining order is DENIED, and Defendants are directed to address his request for preliminary injunctive relief.

4. The Clerk is directed to prepare a summons for Dr. Kerstein and Childress. The United States Marshal is directed to serve the summons, Complaint and Brief in Support,[1] and this Order, on them through the Humphries, Odum & Eubanks law firm with without prepayment of fees and costs or security therefor.[2]

---

[1]Dkt. Nos. 2 & 3.

[2]If any defendant is no longer employed at the ADC, the individual responding to service

5. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 2nd day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

must file a **sealed** statement providing the unserved defendant's last known private mailing address.