## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

BILLY MACK NICHOLS, JR.                                                    PLAINTIFF
ADC #92713

V.                                         No. 2:19CV00149-JM-JTR

GARY R. KERSTEIN, Doctor, *et al.*                                   DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the additional filings of Plaintiff, docket #'s 124, 125, 126, 127, 128 and 129. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Billy Mack Nichols, Jr.'s *in forma pauperis* status is REVOKED, and this case is DISMISSED, WITHOUT PREJUDICE.

2. Nichols's Motions to Amend (*Docs. 8, 16, 89, 96, 97*), Motions for summons (*Docs. 35, 42, 98*), Motions for Preliminary Injunctive Relief and Temporary Restraining Order (*Docs. 51, 76, 105, 109*), and Motion for Judgment on the Pleadings (*Doc. 106*), Amended Supplement to renewed motion for restraining order and preliminary Injunctive Relief (*Docs. 126*) and Motion to Continue Discovery (*Doc. 128*), are DENIED, AS MOOT.

3. Nichols's other pending motions[1] are DENIED, AS MOOT.

---

[1] Motion for Evidentiary Hearing and/or Polygraph Examination (*Doc. 10)*; Motions to Correct (*Docs. 17, 20)*; Motion for Order of Compliance (*Doc. 25)*; Motion for Copies (*Doc. 36);* Motion for Contempt and to Stay (*Doc. 38)*; Motions to Strike and Compel Discovery (*Docs. 47,*

4. Defendant Dr. Kerstein's Motions to Stay Discovery and for Extension of Time (*Docs. 78, 88*) are DENIED, AS MOOT, without prejudice to refiling if necessary.

5. Nichols has thirty (30) days to reopen the case by paying the $400 filing fee in full and filing a Motion to Reopen.

6. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 18th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

*81)*; Renewed Motion for Order of Civil Contempt (*Doc. 64);* Motion to Deem Requests for Admission Admitted (*Doc. 92)*.