## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

BILLY MACK NICHOLS, JR.                                              PLAINTIFF
ADC #92713

V.                            No. 2:19CV00149-JM-JTR

GARY R. KERSTEIN, Doctor, *et al.*                                  DEFENDANTS

### JUDGMENT

Consistent with the Order on this day, this case is dismissed without prejudice. All relief

sought is denied, and the case is closed.

Dated this 18th day of August, 2020.

_____

UNITED STATES DISTRICT JUDGE